IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02361-PAB-MJW

DELBERT JOHNSON and
JOEL LUCAS

Plaintiffs,

v.

RMI LASER, LLC, a Colorado limited liability company,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that plaintiffs' Motion to Vacate and Reset Scheduling Conference (Docket No. 9) is GRANTED.  The Scheduling Conference set for October 28, 2013 at 10:30 a.m. is VACATED.  The Scheduling Conference is RESET for November 18, 2013 at 11:00 a.m.

Date: October 2, 2013