IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02361-PAB-MJW

DELBERT JOHNSON and
JOEL LUCAS

Plaintiffs,

v.

RMI LASER, LLC, a Colorado limited liability company,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Motion for Stipulated Protective Order (docket no. 19) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 19-1) is APPROVED as amended in paragraphs 11 and 14 and made an Order of Court.

Date: December 2, 2013